UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

HORACE W. CRUMP,

        Plaintiff,         Case No. 1:10-cv-583

v.         Honorable Paul L. Maloney

IAN JANZ et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim and as frivolous, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   July 19, 2010         /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District Judge